IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Michael B. Sparlin and Sharon J. Sparlin

      Plaintiff(s)/Petitioner(s),

vs.

Select Portfolio Servicing, Inc.

      Defendant(s)/Respondent(s)

CASE NO:  4:11-cv-00241-CKJ

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

### NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, Sean D. Thueson, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Def. Select Portfolio Servicing, Inc.

**City and State of Principal Residence:** Las Vegas, NV 89183
**Firm Name:** Holland & Hart LLP
**Address:** 3800 Howard Hughes Parkway  **Suite:** 10th Floor
**City:** Las Vegas  **State:** NV  **Zip:** 89169
**Firm/Business Phone:** (702) 669-4600
**Firm Fax Phone:** (702) 669-4650  **E-mail Address:** sdthueson@hollandhart.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States District Court - District of Nevada | 10/01/2003 | ✓ Yes  ☐ No* |
| Supreme Court of Nevada/State Bar of Nevada | 10/01/2003 | ✓ Yes  ☐ No* |
| United States Court of Appeals | 10/01/2004 | ✓ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| CV2009-053909 | Grennell v. EMC Mortgage Corporation, et al. | 10/15/2009 |

* **Explain:** CV2009-053909 was consolidated to Case No. MDL 2-09-md-02119-JAT

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

4/20/2011
Date

Signature of Applicant

(Rev. 03/11)

**Fee Receipt #**