# State Bar of Nevada

## Certificate of Good Standing

### Sean D. Thueson

**(Bar Number 8690)** was admitted by the Supreme Court of the State of Nevada

On **9/25/2003** as an Attorney and Counselor at law duly licensed to practice in all courts

of the State of Nevada, it is hereby further certified that **SEAN D. THUESON**

is now an **Active** member of the State Bar of Nevada in good standing.

DATED this Thursday, April 07, 2011



*Suzanne Walters*
*Member Services Assistant*
*State of Nevada*