UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Sparlin, et al.**<br>PLAINTIFF(S)<br><br>v.<br><br>**Select Portfolio Servicing Incorporated,**<br>DEFENDANT | CASE NO.  **CV 11-00241-TUC-CKJ**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion for Admission Pro Hac Vice #4* filed by *Sean D. Thueson*:


**ACTION REQUIRED BY THE FILER**

- ☒ The deficiency indicated below must be corrected within seven (7) business days of this notice.
- ☒ Certificate of Good Standing is from State Court; Certificate must be from Federal (U.S.) Court..
- ☒ Refile the Pro Hac Vice Motion with correct certificate of Good Standing using the same event (Motion for Pro Hac Vice Admission).