# CERTIFICATE OF GOOD STANDING

I, Lance S. Wilson, Clerk of the United States District Court for the District of Nevada, do hereby certify that

**Sean D. Thueson**

was duly admitted to practice in said Court on

Thursday, October 23, 2003

and is in good standing as a member of the bar of said Court.

Dated on
Wednesday, April 27, 2011

LANCE S. WILSON, Clerk of Court

By: _____
Deputy Clerk